**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARNOLD VARGAS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CITY HOME, LLC,<br><br>                    Defendant. | Civil Action No. 1:25-cv-12011 |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1.      Whereas Plaintiff Arnold Vargas filed the above-referenced case against Defendant City Home, LLC, on July 16, 2025.

2.      Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.      Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: October 1, 2025                 Respectfully Submitted,


                                       By:     */s/ Jason Leviton*
                                       Jason M. Leviton, Esq.
                                       BLOCK & LEVITON, LLP
                                       260 Franklin Street, Suite 1860
                                       Boston, MA 02110
                                       Telephone: (617) 398-5600
                                       jason@blockleviton.com

                                       *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 1st  day of October, 2025.

*/s/ Jason M. Leviton*
Jason M. Leviton
